IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,                       CIVIL ACTION FILE NO.:

v.                                      1:21-CV-2794

MARSHALLS OF MA INC.,
a Foreign Profit Corporation,
d/b/a Marshalls,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant have reached a settlement. The parties will file a Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as soon as the settlement documentation is finalized between the parties. The parties ask that all pending deadlines be suspended pending the filing of a final stipulation of dismissal.

Respectfully submitted this 20th day of September, 2021.

                                          */s/ Matthew N. Pope*
                                          Matthew N. Pope
                                          GA Bar No. 584216
                                          matt@mpopelaw.com
                                          Matthew N. Pope, P.C.
                                          900 2nd Avenue
                                          Columbus, Georgia 31902
                                          Tel.: (706) 324-2521
                                          Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MICHAEL ESTRADA,

      Plaintiff,     CIVIL ACTION FILE NO.:

v.           1:21-CV-2794

MARSHALLS OF MA INC.,
a Foreign Profit Corporation,
d/b/a Marshalls,

      Defendant.
_____/

## CETFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically serve the filing on all parties who have entered an appearance in this case.

This 20th day of September, 2021.

            */s/ Matthew N. Pope*
            Matthew N. Pope