IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

    Plaintiff,

v.

MARSHALLS OF MA, INC.,
a Foreign Profit Corporation,
d/b/a Marshalls,

    Defendant.
_____/

Civil Action File No.:
1:21-CV-02794

## JOINT STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

The parties to this action, through counsel, and pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: October 13, 2021

By: */s/ Matthew N. Pope*
    Matthew N. Pope, Esq.
    Georgia Bar No. 584216
    matt@mpopelaw.com

By: */s/ Kevin M. Young*
    Kevin M. Young, Esq.
    Georgia Bar No. 183770
    kyoung@seyfarth.com

| | |
|---|---|
| **MATTHEW N. POPE, P.C.** | **SEYFARTH SHAW LLP** |
| 900 2nd Avenue | 1075 Peachtree Street, NE |
| Columbus, Georgia 31902 | Atlanta, Georgia 30309-3958 |
| Tel. (706) 324-2521 | Tel. (404) 885-1500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

2
## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED, this _____ day of _____, 2021.


_____
UNITED STATES DISTRICT JUDGE

3

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** was served upon all parties via transmission of Notices of Electronic Filings generated by CM/ECF.

Dated:  May 27, 2021

                           Respectfully submitted,

By:   */s/ Matthew N. Pope*
      Matthew N. Pope, Esq.
      Georgia Bar No. 584216
      matt@mpopelaw.com
      MATTHEW N. POPE, P.C.
      900 2nd Avenue
      Columbus, Georgia 31902
      Tel. (706) 324-2521

*Attorneys for Plaintiff*

4